THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Crystal
 Jackson, Appellant.
 
 
 

Appeal From Aiken County
 Doyet A. Early, III, Circuit Court Judge
Unpublished Opinion No.  2008-UP-025
Submitted January 2, 2008  Filed January
 10, 2008
APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of the South Carolina
 Commission on Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Crystal
 Jackson (Appellant) pled guilty to one count of financial identity fraud and three
 counts of forgery.  For the financial identity fraud, Appellant was sentenced
 to eight years in prison, provided upon the service of four years in prison the
 balance was to be suspended with probation for five years.  For the three
 forgery charges, Appellant was sentenced to three years in prison, provided
 upon the service of two years in prison the balance was to be suspended with
 five years of probation, to run consecutively to the sentence imposed for
 financial identity fraud.  
On appeal, counsel for Appellant has filed a final brief along
 with a petition to be relieved as counsel.  Appellant has not filed a pro se response.  After a thorough review of the record pursuant to Anders
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition
 to be relieved.          
APPEAL DISMISSED.[1]
HEARN, C.J., and KITTREDGE and THOMAS, JJ., concur.

[1]  This case is decided without oral argument pursuant
 to Rule 215, SCACR.